**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| IN RE: **Tomas Javier Murga** | Case No. **14-31618** |
| **Julieta Zermeno Murga** | |
| Debtor(s) | Chapter 13 Proceeding |

☒ *AMENDED*   ☐ *MODIFIED*

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

> *Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*
>
> *Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

**Plan Summary**

A. The Debtor's Plan Payment will be __**$1,175.00 Monthly**__, paid by ☒ Pay Order or ☐ Direct Pay for __**60 months**__. The gross amount to be paid into the plan is __**$70,500.00**__.

B. The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately __**10%**__ of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

C. The value of the Debtor's non-exempt assets is __**$0.00**__.

D. If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

**Plan Provisions**

**I. Vesting of Estate Property**

☐ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☒ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| IN RE: **Tomas Javier Murga** | Case No. **14-31618** |
| **Julieta Zermeno Murga** | |
| Debtor(s) | Chapter 13 Proceeding |

☒ *AMENDED*  ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 1*

### II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
| | | |

### III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| (None) | | | |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| (None) | | | |

### IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| El Paso Area Teachers FCU 2011 Chevy Avalanche | $22,692.93 | $21,150.00 | Pro-Rata | 5.25% | $24,008.61 | |

Form 11/7/05     *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| IN RE: **Tomas Javier Murga** | Case No. **14-31618** |
| **Julieta Zermeno Murga** | |
| Debtor(s) | Chapter 13 Proceeding |

☒ *AMENDED*   ☐ *MODIFIED*

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 2*

---

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____**December 3, 2014**_____ ."

| | |
|---|---|
| /s/ **Tomas Javier Murga** | /s/ **Julieta Zermeno Murga** |
| Debtor | Joint Debtor |

## V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
| | | |

## VI. Specific Treatment for Payment of Allowed Claims

### 1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS

**A.** Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| Lobel Financial Corp 2007 Toyota Corolla. | cosigned for daughter/she pays | $8,084.00 | $350.00 |
| Rocky Mountain Mortgage 3221 Destiny Point, El Paso, TX | | $136,028.53 | $1,275.00 |
| Tax Assessor/Collector 3221 Destiny Point, El Paso, TX | 2014 & Future Tax - Escrowed | | |

**B.** Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
| | |

Form 11/7/05    *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| IN RE: **Tomas Javier Murga** | Case No. **14-31618** |
| **Julieta Zermeno Murga** | |
| Debtor(s) | Chapter 13 Proceeding |

☒ **AMENDED**    ☐ **MODIFIED**

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 3*

---

**2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS**

**A.** Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees. The Trustee shall receive up to 10% of all sums received. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Davis Law Firm | $3,200.00 | Along With | |

**B.** Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Internal Revenue Serv. | $5,113.24 | Along With | 1040 Taxes |

**C.** Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| Rocky Mountain Mortgage 3221 Destiny Point, El Paso, TX | $8,275.32 | $8,275.32 | Pro-Rata | 6% | $9,568.41 | Arrears thru 10/2014 |

**D.** Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| | | | |

**E.** Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| Conns Credit Corp Furniture | $11,862.83 | $10,140.00 | Pro-Rata | 5.25% | $11,510.57 | |

Form 11/7/05    *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: **Tomas Javier Murga**        Case No. **14-31618**
       **Julieta Zermeno Murga**
                  Debtor(s)        Chapter 13 Proceeding

## ☑ AMENDED    ☐ MODIFIED
### DEBTOR(S)' CHAPTER 13 PLAN
### AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 4*

| | | | | | |
|---|---|---|---|---|---|
| Conns Credit Corp<br>Furniture | $0.00 | $0.00 | Pro-Rata | 5.25% | $0.00 |
| Conns Credit Corp<br>Furniture | $0.00 | $0.00 | Pro-Rata | 5.25% | $0.00 |
| Conns Credit Corp<br>Furniture | $0.00 | $0.00 | Pro-Rata | 5.25% | $0.00 |
| Conns Credit Corp<br>Furniture | $0.00 | $0.00 | Pro-Rata | 5.25% | $0.00 |
| Conns Credit Corp<br>Furniture | $0.00 | $0.00 | Pro-Rata | 5.25% | $0.00 |
| El Paso Area Teachers FCU<br>2011 Chevy Avalanche | $22,692.93 | $21,150.00 | Pro-Rata | 5.25% | $24,008.61 |
| Regional Mgmt Corp<br>Furniture | $1,201.48 | $1,201.48 | Pro-Rata | 5.25% | $1,363.91 |
| Titlemax<br>2006 Chevy Cobalt | $3,026.00 | $3,550.00 | Pro-Rata | 5.25% | $3,434.99 |

**F.** General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately    **10%**    of their allowed claims.

| **Creditor** | **Estimated Debt** | **Remarks** |
|---|---:|---|
| ACS/Panhandle Plains | $623.00 | Student Loan |
| ACS/Panhandle Plains | $278.00 | Student Loan |
| Afni | $1,745.00 | Sprint |
| AMCA | $481.00 | Medical collection |
| American Inforsource LP AS AGENT For | $487.99 | |
| American Med. Collection | | Coll. for Labcorp |
| Applied Card Bank | $1,438.00 | |
| AT&T | | Duplicate listing |
| BF F Elp LLC | $770.00 | |
| Capital One/Helzberg | $221.00 | |
| Capital One/Helzberg | $130.00 | |
| Cavalry Investments | $452.87 | Collecting for - AT&T/Cingular |
| CBCS | | Coll. for Applied Bank |
| Chamizal Emergency Physician | $506.00 | |
| Chase | $399.00 | |
| Commonwealth Financial | $483.00 | Chamizal Emerg |
| Conns Credit Corp | $1,722.83 | Unsecured portion of the secured debt (Bifurcated) |
| Credit One Bank | | Duplicate listing |
| Del Sol Medical Center | $450.00 | |
| DSRM National Bank/Diamond Shamrock/Vale | $298.00 | |
| El Paso Area Teachers FCU | $1,542.93 | Unsecured portion of the secured debt (Bifurcated) |
| Enhanced Recovery Corp | $541.00 | AT&T |
| Enhanced Recovery Corp | $478.00 | Sprint |

Form 11/7/05     *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

IN RE: **Tomas Javier Murga**　　　　　　　　　　　　　　　　Case No. **14-31618**
　　　　**Julieta Zermeno Murga**
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　Chapter 13 Proceeding

☑ *AMENDED*　　☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 5*

| Creditor | Amount | Note |
|---|---|---|
| Evolve Federal Cu | $212.00 | |
| Foundation Surgical Hospital | $1,000.00 | |
| GECRB/ Dillards | $169.00 | |
| GEMB/Walmart | $240.00 | |
| Ginny's/Seventh Avenue | $560.82 | |
| Labcorp Corporation of America Holdings | $482.00 | |
| Las Palmas Medical Center | $326.00 | |
| Linebarger Goggan Blair & Sampson, LLP | | Attys for Tax Assessor |
| LVNV Funding LLC | $2,686.00 | Credit One |
| NCO Financial | | Collecting for - Las Palmas |
| Nelnet | $8,817.63 | Student Loan |
| Nelnet | | Student Loan |
| Onemain Financial | $8,473.00 | |
| Panhandle-Plains | $281.65 | Student Loan |
| Panhandle-Plains | $630.37 | Student Loan |
| Pinnacle Credit Service | $1,397.00 | Verizon |
| Portfolio Recovery | $757.00 | GE Capital |
| Sprint Bankruptcy | $2,223.43 | |
| Target/TD Bank | $454.66 | |
| Target/TD Bank Usa | $343.51 | |
| Texas Guaranteed St. Loan | | Student Loan |
| Texas Guaranteed St. Loan | $9,030.32 | Student Loan |
| Transworld Systems Inc. | $569.00 | Music Arts Centers |
| Veldos, LLC | | Pendrick Cap/Chamizal Emerg |
| Verizon Wireless | | Duplicate listing |
| West Asset | $325.00 | Las Palmas |
| World Finance | $526.30 | |

Form 11/7/05　　　*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: **Tomas Javier Murga**  Case No. **14-31618**
**Julieta Zermeno Murga**
Debtor(s)  Chapter 13 Proceeding

☒ *AMENDED*   ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 6*

**Totals:**

| | |
|---|---|
| Administrative Claims | **$3,200.00** |
| Priority Claims | **$4,973.29** |
| Arrearage Claims | **$8,275.32** |
| Cure Claims | **$0.00** |
| Secured Claims | **$35,517.48** |
| Unsecured Claims | **$52,692.26** |

### VII.  Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:

:

A.  Pursuant to 11 U.S.C. §1322(a)(1) of the Bankruptcy Code, the Debtor(s) shall submit all or such portion of future earnings or other future income of the debtor to the supervision and control of the trustee as is necessary for the execution of the plan.

B.  The Debtor(s) further agree, to report to the Trustee any changes in income that would necessitate modifying their plan by either increasing or decreasing their plan payment or increasing or decreasing the percentage payout to unsecured creditors.

C.  Confirmation of the Plan shall constitute authority for creditors, such as lien-holders on real property and lien-holders on vehicles, especially where the creditor is scheduled as "direct pay" or "outside," to send monthly statements as a convenience to the Debtor(s) and such statements shall not be considered a violation of the provisions of the automatic stay.

D.  If any unscheduled creditor files a timely claim, with proper attachments, the Plan will provide for that claim as filed unless objected to by the Debtor.  The secured creditors will be paid 8% interest.

E.  If additional funds become available, creditors may receive higher monthly payments.

Form 11/7/05   *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas -  (210) 561-5300*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE: **Tomas Javier Murga** | Case No. **14-31618** |
| **Julieta Zermeno Murga** | |
| Debtor(s) | Chapter 13 Proceeding |

## ☑ *AMENDED* ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 7*

Respectfully submitted this date: __**12/3/2014**_____.

/s/ Eric Martinez
Eric Martinez
4530 Montana Ave, Suite B
El Paso, TX 79903-4706
Phone: (915) 565-4669 / Fax: (915) 562-7032
(Attorney for Debtor)

/s/ Tomas Javier Murga
Tomas Javier Murga
3221 Destiny Point
El Paso, TX 79938
(Debtor)

/s/ Julieta Zermeno Murga
Julieta Zermeno Murga
3221 Destiny Point
El Paso, TX 79938
(Joint Debtor)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: **Tomas Javier Murga**      CASE NO. **14-31618**
*Debtor*

**Julieta Zermeno Murga**      CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 4, 2014, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

/s/ Eric Martinez
Eric Martinez
Bar ID:24034822
Davis Law Firm
4530 Montana Ave, Suite B
El Paso, TX 79903-4706
(915) 565-4669

| | | |
|---|---|---|
| ACS/Panhandle Plains<br>xxxxxx8272<br>501 Bleecker St<br>Utica, NY 13501 | American Inforsource LP AS AGENT For<br>T-Mobile/T-Mobile USA Inc.<br>P.O. Box 248848<br>Oklahoma City, OK 73124-8848 | BF F Elp LLC<br>xxxxxxxx8439<br>424 N Yarborough<br>El Paso, TX 79915 |
| ACS/Panhandle Plains<br>xxxxxx8271<br>501 Bleecker St<br>Utica, NY 13501 | American Med. Collection<br>xxx xxxxxx8A22<br>4 Westchester Plaza, S-110<br>Elmsford, NY 10523 | Capital One/Helzberg<br>xxxxxxxxxxxx3985<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045 |
| Afni<br>xxxxxx8827<br>Attention: Bankruptcy<br>1310 Martin Luther King Dr<br>Bloomington, IL 61701 | Applied Card Bank<br>xxxxxxxxxxxx1299<br>Attention: Bankruptcy<br>PO Box 17125<br>Wilmington, DE 19850 | Capital One/Helzberg<br>xxxxxxxxxxxx4372<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045 |
| AMCA<br>xxxxxxxxxx5220<br>2269 S Saw Mill<br>Elmsford, NY 10523 | AT&T<br>Bankruptcy Department<br>P.O. Box 769<br>Arlington, TX 76004 | Cavalry Investments<br>7494<br>500 Summit Lake Dr., Ste. 400<br>Valhalla, NY 10595-2322 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Tomas Javier Murga**   CASE NO. **14-31618**
*Debtor*

**Julieta Zermeno Murga**   CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

(Continuation Sheet #1)

| | | |
|---|---|---|
| CBCS<br>xxxx8632<br>P.O. Box 2589<br>Columbus, OH 43216 | Conns Credit Corp<br>xxxxx8831<br>3295 College St<br>Beaumont, TX 77701 | DSRM National Bank/Diamond Shamrock/Vale<br>xxxxxxxxxxx0000<br>PO Box 631<br>Amarillo, TX 79105 |
| Chamizal Emergency Physician<br>xxxxxx6230<br>P.O. Box 98620<br>Las Vegas, NV 89193 | Conns Credit Corp<br>xxxxx2731<br>3295 College St<br>Beaumont, TX 77701 | El Paso Area Teachers FCU<br>xxxx / 5983<br>12020 Rojas Dr.<br>El Paso, TX 79936 |
| Chase<br>xxxxxxxxxxxx4376<br>P.O. Box 15298<br>Wilmington, DE 19850 | Conns Credit Corp<br>xxxxx2730<br>3295 College St<br>Beaumont, TX 77701 | Enhanced Recovery Corp<br>xxxxx3073<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 |
| Commonwealth Financial<br>xxxxxxx73N1<br>245 Main St<br>Dickson City, PA 18519 | Conns Credit Corp<br>xxxxx2733<br>3295 College St<br>Beaumont, TX 77701 | Enhanced Recovery Corp<br>xxxx2533<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 |
| Conns Credit Corp<br>xxxxx8830<br>3295 College St<br>Beaumont, TX 77701 | Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193 | Evolve Federal Cu<br>xxxxxxx0001<br>8840 Gazelle Dr<br>El Paso, TX 79925 |
| Conns Credit Corp<br>xxxxx2732<br>3295 College St<br>Beaumont, TX 77701 | Del Sol Medical Center<br>xxxx7524<br>P.O. Box 99400<br>Louisville, KY 40269-0400 | Foundation Surgical Hospital<br>xx2513<br>P.O. Box 730966<br>Dallas, TX 75373 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Tomas Javier Murga**   CASE NO. **14-31618**
*Debtor*

**Julieta Zermeno Murga**   CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

(Continuation Sheet #2)

---

GECRB/ Dillards
xxxxxxxxxxxx7419
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

Labcorp Corporation of America
Holdings
xxx xxxxxxxx5220
P.O. Box 2240
Burlington, NC 27216-2240

Nelnet
4849
3015 South Parker Rd., S-400
Aurora, CO 80014

GEMB/Walmart
xxxxxxxxxxxx0309
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

Las Palmas Medical Center
xxxx2731
P.O. Box 99400
Louisville, KY 40269-0400

Nelnet
4949
121 S. 13th St.
Lincoln, NE 68508

Ginny's/Seventh Avenue
xxxxxxxxx163O
c/o Creditors Bankruptcy Serv.
P.O. Box 800849
Dallas, TX 75380

Linebarger Goggan Blair & Sampson, LLP
xxxx-xxx-xxxx-4000
711 Navarro, Suite 300
San Antonio, TX 78205

Onemain Financial
xxxxxxxxxxxx5393
Bankruptcy Department
6801 Colwell Blvd.
Irving, TX 75039

Internal Revenue Serv.
P.O. Box 7346
Philadelphia, PA 19101

Lobel Financial Corp
xx1045
Attn: Bankruptcy
PO Box 3000
Anaheim, CA 92803

Panhandle-Plains
0827
c/o Texas Guaranteed St. Loan
P.O. Box 83100
Round Rock, TX 78683

Internal Revenue Serv.
300 E. 8th Street, STOP 5026 AUS
Austin, TX 78701

LVNV Funding LLC
xxxxxxxxxxxx6076
P.O. Box 10497
Greenville, SC 29603

Pinnacle Credit Service
xxxx5003
Attn: Bankruptcy
PO Box 640
Hopkins, MN 55343

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

NCO Financial
xxxx2031
P.O. Box 15618, Dept. 38
Wilmington, DE 19850

Portfolio Recovery
xxxxxxxxxxxx1690
Attn: Bankruptcy
P.O. Box 41067
Norfolk, VA 23541

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: **Tomas Javier Murga** | | CASE NO. **14-31618** |
| *Debtor* | | |
| **Julieta Zermeno Murga** | | CHAPTER **13** |
| *Joint Debtor* | | |

## CERTIFICATE OF SERVICE

(Continuation Sheet #3)

| | | |
|---|---|---|
| Regional Mgmt Corp<br>xxxxxxx6801<br>P.O. Box 776<br>Mauldin, SC 29662 | Tax Assessor/Collector<br>xxxx-xxx-xxxx-4000<br>P.O. Box 2992<br>El Paso, TX 79999 | U.S. Attorney General<br>Main Justice Building, Rm. 5111<br>10th & Constitution Ave., N.W.<br>Washington, DC 20530 |
| Rocky Mountain Mortgage<br>0908<br>P.O. Box 371370<br>El Paso, TX 79937 | Texas Guaranteed St. Loan<br>3502<br>Attn: Bankruptcy Dept.<br>P.O. Box 659602<br>San Antonio, TX 78265 | U.S. Attorney's Office<br>Western Dist. of Texas<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX 78216 |
| Sprint Bankruptcy<br>P.O. Box 7949<br>Overland Park, KS 66207-0949 | Texas Guaranteed St. Loan<br>3503<br>P.O. Box 83100<br>Round Rock, TX 78683 | Veldos, LLC<br>xxx7796<br>P.O. Box 2824<br>Woodstock, GA 30188 |
| Stuart C. Cox<br>1760 N. Lee Trevino<br>El Paso, TX 79936 | Titlemax<br>12496 Montana Ave.<br>El Paso, TX 79938 | Verizon Wireless<br>P.O. Box 26055<br>Minneapolis, MN 55426 |
| Target/TD Bank<br>xxxxx9087<br>c/o Weinstein, Pinson & Riley, PS<br>2001 Western Ave., S-400<br>Seattle, WA 98121 | Tomas Javier Murga<br>3221 Destiny Point<br>El Paso, TX 79938 | West Asset<br>xxxx0870<br>2703 North Highway 75<br>Sherman, TX 75090 |
| Target/TD Bank Usa<br>xxxxx6194<br>c/o Weinstein, Pinson & Riley, PS<br>2001 Western Ave., S-400<br>Seattle, WA 98121 | Transworld Systems Inc.<br>xxxx0222<br>2235 Mercury Way, Ste 275<br>Santa Rosa, CA 95407 | World Finance<br>xxxxxxx1401<br>7021 Alameda Ave., S-C<br>El Paso, TX 79915 |